No. 90–5897. GITTIN *v.* ROWLAND, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 90–5898. YOUNG *v.* PATTERSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–5906. SCHLICHER *v.* MUNOZ ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–5909. OLLIVIERRE ET AL. *v.* LUJAN, SECRETARY OF THE INTERIOR, ET AL. C. A. 1st Cir. Certiorari denied.

No. 90–5922. DEMOS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON; DEMOS *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON; and DEMOS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 90–5928. DE LONG *v.* AMERICAN PROTECTIVE SERVICES; and DE LONG *v.* HENNESSEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–5929. DE LONG *v.* MANSFIELD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–5930. MILLER *v.* CITY OF KANSAS CITY, MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 90–5938. GLEASON *v.* STEWART, JUDGE, HARRIS COUNTY, TEXAS DISTRICT COURT, ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–5939. BUMPUS *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 90–5940. EDMONSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 90–5942. HARDIN *v.* CANTEEN, INC. Super. Ct. N. J., App. Div. Certiorari denied.